IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 06-14252-CIV-MOORE/WHITE

ANTHONY CHARLES STEPHENS,

   Movant,

vs.

UNITED STATES OF AMERICA,

   Respondent.
_____/

**CLOSED CIVIL CASE**

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE; DENYING MOTION TO VACATE PURUSANT TO 28 U.S.C. §2255

THIS CAUSE came before the Court upon the *pro se* Movant Anthony Charles Stephens's Motion to Vacate pursuant to 28 U.S.C. § 2255 (DE # 1).

THIS MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge. Magistrate Judge White issued a Report and Recommendation dated August 9, 2007 (DE # 13) recommending that Movant's §2255 motion/case be denied. On August 28, 2007, Movant filed an objection arguing that the Magistrate Judge was wrong on one point. The Magistrate Judge found that even if the jury had heard Petitioner testify that his voice was not on the audio tape, there is little probability that he would have been acquitted considering the other evidence against him. Petitioner argues that if the jury heard his voice at trial, then they would have been able to distinguish that his voice was not the voice on the tape. However, in light of the eyewitness testimony of the police officers who observed the drug transaction, there is a substantial likelihood that Petitioner would have been convicted whether or not he testified at trial.

UPON CONSIDERATION of the Motion, and after a *de novo* review of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the *pro se* Movant Anthony Charles Stephens's Motion to Vacate pursuant to 28 U.S.C. § 2255 (DE # 1) is DENIED, for the reasons articulated in Magistrate Judge White's Report and Recommendation. It is further

ORDERED AND ADJUDGED that Magistrate Judge White's Report and Recommendation (DE # 13) is ADOPTED. The Clerk is instructed to CLOSE this case. All pending motions are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 29th day of August, 2007.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge White
All counsel of record

Anthony Charles Stephens, *pro se*
Reg. No. 74804-004
FCI-Fort Worth
Dallas Unit
P.O. Drawer 15330
Fort Worth, Texas 76119-0330